THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KENT TERRY PRISBREY,<br><br>Plaintiff,<br><br>v.<br><br>STATE AUTO INSURANCE COMPANIES;<br>MILBANK INSURANCE COMPANY; and<br>DOES A-Z,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:21-cv-00124-HCN-DBP<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

The Memorandum Decision and Order and Report and Recommendation ("Report and Recommendation")[1] issued by United States Magistrate Judge Dustin B. Pead on September 26, 2022, recommends that Plaintiff's Motion for Default[2] be denied, and that Plaintiff's Motion for Summary Judgment[3] be denied. The Report and Recommendation also recommends that Plaintiff may refile a new motion for mediation once the inspection of his home has been completed and adequate answers have been provided to Defendants' discovery requests.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[5] No party filed a written objection to the Report and Recommendation as provided by

---

[1] Docket no. 44, filed Sept. 26, 2022.

[2] Docket no. 24, filed May 20, 2022.

[3] Docket no. 38, filed Aug. 25, 2022.

[4] Report and Recommendation at 5.

[5] *Id*. at 6.

court rules. Any objection to the Report and Recommendation is thus waived.[6] A review of the Report and Recommendation, as well as the record also demonstrates that Judge Pead's analysis and the disposition he recommends does not constitute plain error.[7] Therefore, the analysis and conclusions of the Judge Pead are accepted and the Report and Recommendation[8] is adopted in its entirety.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[9] is ADOPTED. Plaintiff's Motion for Default[10] is DENIED and Plaintiff's Motion for Summary Judgment[11] is DENIED. Plaintiff may refile a new motion for mediation once the inspection of his home has been completed and adequate answers have been provided to Defendants' discovery requests.

Signed October 25, 2022.

BY THE COURT

Howard C. Nielson, Jr.
United States District Judge

---

[6] *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

[7] *Morales-Fernandez v. I.N.S.*, 418 F.3d 1116, 1122 (10th Cir. 2005).

[8] Docket no. 44, filed Sept. 26, 2022.

[9] Docket no. 44, filed Sept. 26, 2022.

[10] Docket no. 24, filed May 20, 2022.

[11] Docket no. 38, filed Aug. 25, 2022.