Kent Terry Prisbrey 9 Jan. 2023
Box 461381 non-domestic
Leeds Utah 84746
435-279-4707
Terrysautooutlet@msn.com

United States District court district of Utah

| | | |
|---|---|---|
| Kent Terry Prisbrey | ] | **Motion to enter summary judgment, and or Order discovery and or order mediation** |
| Claimant | ] | FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH |
| Vs | ] | JAN 17 2023 |
| State Auto Insurance companies, Milbank insurance company et al. | | GARY P. SERDAR CLERK OF COURT BY_____ DEPUTY CLERK |
| Defendants | ] | 4:21 cv 124 HCN·DBP |

Kent Terry Prisbrey by motion respectfully request this court and its agents to order defendants

To produce the **discovery requests** I have requested a minimum of 2 times and or enter **summary judgment** as requested in previous motions since the defendants have not provided the requisite first hand witness or provided verified evidence that they rebutted the tacit Agreements as set forth in the tacit agreements thus, this court must enter summary judgment and in favor of the Kent Terry Prisbrey.

Kent Terry Prisbrey has complied to the courts order and has notified the courts of his Compliance for all items in the order. The courts in said Order stated that Claimant could then

file for **court to order mediation**. Thus, Claimant is requesting that if the courts will not enter summary judgment in favor of claimant as requested in claimants motions for summary judgment that defendants have failed to produce any verified evidence or firsthand witness that they sent a rebuttal of the tacit agreements and have not conclusively refuted on the record and as set forth in the tacit agreements contrary too or any verified evidence as set forth in the tacit the agreement or as required by court rules on the record as required to defeat summary judgment .

### Relief sought

1. Preferred Court to order summary judgment in favor of the claimant as set forth in his tacit agreements and motions for summary judgment.
2. Court order defendants to produce discovery as Claimant has requested in his motions for discovery.
3. Court order Mediation.

Dated this  9 day of January 2023

_____
Kent Terry Prisbrey

### Certificate of service

I certify that on the 9 day of January 2023 a true and correct copy of the forgoing; Motion to enter summary judgment, and or Order discovery and or order mediation to the defendants and the courts via email and first class mail to
~~ratkinson@Strongandhanni.com~~
Defendants et al c/o Ryan P. Atkins / Strong & Hanni P.C. 102 south 200 East, suite 800

Salt lake City Utah 84111
UTDecf_Clerk@utd.uscourts.gov
United states district court district of Utah intake clerk
351 South West Temple room 1.100  Salt Lake City Utah 84101

_____
Kent Terry Prisbrey

9 Jan 2023

**Private notice to this court and acting judges**

Dear Howard C. Nielson Jr.

I Kent Terry Prisbrey, am very disappointed in this court and what I feel is a violation of your oath of office and to up hold and honor the constitution. I have filed motions for you to order discovery and you have denied it each time. To me this is against the constitution equal protection of the law. And it is also the same when I have filed motions for summary judgment based on my verified affidavits in truths / tacit agreements between I and State auto insurance companies the defendants have not disputed that they received these tacit agreements and I have provide this court with at least three witness of this including defendants own acknowledgment that they received them and they have not provide a firsthand witness or statement or evidence that they disputed these agreements yet this court has denied summary judgment each time. this court has then required me to open my home for a in person inspection not required by policy agreement / contract instead this court put me and my family at risk of injury and against my will to forced entry, by what I considered threat and coercion to comply or risk of having judgment enter against me. I provide this court and the magistrate judge with my objections and how it violated the constitutional safe guarded that this court has agreed to not violate by contract when it obtained federal assistance thus, as I see it this court has violated said contract to receive government funds / assistance.

It has come to my attention that this court receives assistance from the federal government and that in this contract this court is required to uphold and follow the constitution and not violate those constitutionally guarded rights or the courts will lose its funding and or fines and penalties or both. And as I see it this court has violated this contract and I am in the process of preparing a detailed list of what I believe are violations of said contract to file a complaint with **the Office of the Inspector General** for investigation in to this mater/ breach as I see it. As I see you have knowingly and willfully violated this contract and your oath of office that I accepted in writing.

This may take me some time and I would rather not do it but I feel it is important that I file it. Especially when I am sure you know that the requests I have put in my discovery will expose the fraud and you and this court are committing treason as I see it.

When an insurance company takes huge sums from a trust set up for the use of the beneficiary and then violates insurance laws set up for and as safe guards to operate and protect the insured and regulated by the insurance commission.

Then hen an insurance company arbitrarily with holds those funds from the beneficiary for the enrichment of the insurance company and not in the beneficiaries' best interest but actually

causing more injury to the insured beneficiary this is just wrong and they need to be held accountable.

When this court protects them as I believe this court is doing is just not right in my view.

The Babylon money system is what it is, no matter how evil it is and you work within it its requirements and you must not let it be exposed or it could cost you your salary or your soul this Babylonian system is too large for me to tackle and is a job for God and he will take it out as he has promised in the scriptures and I hope that it is true that those in the military that take their oaths seriously are really taking down the deep state / Babylon system and are going to restore true common law and justice to this country and court system hope fully soon and all those working for this system are really being hauled off and executed for treason and crimes.

And for the record **I appoint you the fiduciary of this case** and require you to enter remedy as I have set forth in my pleadings and hold the insurance company for their breach of duty and injury to me and tacit agreements. The injury by insurance company should never happen and denying claims and dragging it out through the courts for causing additional injury is wrong and it only harms the insured / beneficiary just to enrich themselves and I cannot see any reason you can't enter summary judgment on my tacit agreements and at no time have they provided first hand verified evidence or any evidence that they disputed the verified affidavits / tacit agreements. The insurance company has set the bar for tacit agreements thus this court must rule such failure to do so violates equal protection of the law clauses of the constitution as I see it and perhaps the Office of Inspector General will investigate and determine if this court has breached the contract for government funding.

I ask you to please help me get this resolved as quickly as possible you know your laws and what you can and cannot do to make things right. if you need me to file papers that can assist you please let me know what you need.

Sincerely, Kent Terry Prisbrey.