IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| KENT TERRY PRISBREY, an individual,<br><br>Plaintiff,<br>v.<br><br>STATE AUTO INSURANCE COMPANIES, MILBANK INSURANCE COMPANY; and DOES A-Z,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 4:21-cv-124<br><br>District Judge David Nuffer<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff moves the court to hold a hearing to clear up issues, including those that have arisen due to Defendants "not following insurance commission rules and hiring a third party to interfere in what they call a contract …." (ECF No. 76 p. 1.) Plaintiff's argument that Defendants have violated rules due to hiring legal counsel has been rejected by the court. (ECF No. 80 p. 4.) As such the court need not consider it again. The other reasons Plaintiff provides for a hearing at this time are likewise rejected.

Plaintiff's Motion for a Hearing is DENIED. (ECF No. 76.) The parties are to abide by the court's orders that have been entered, including scheduling an inspection of Plaintiff's home as previously ordered.

IT IS SO ORDERED.

DATED this 18 April 2023.

_____
Dustin B. Pead
United States Magistrate Judge