IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KENT TERRY PRISBREY,<br><br>Plaintiff,<br><br>v.<br><br>STATE AUTO INSURANCE COMPANIES, MILBANK INSURANCE COMPANY, and DOES A-Z,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 4:21-cv-00124-DN-DBP<br><br>District Judge David Nuffer<br>Magistrate Judge Dustin B. Pead |

IT IS ORDERED AND ADJUDGED THAT

Judgment is entered in favor of Defendants and against Plaintiff. This action is

DISMISSED with prejudice as a sanction for Plaintiff's failure to prosecute and Plaintiff's

willful noncompliance with court Rules and orders.

Signed November 27, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge