THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KENT TERRY PRISBREY,<br><br>            Plaintiff,<br><br>v.<br><br>STATE AUTO INSURANCE COMPANIES, MILBANK INSURANCE COMPANY, and DOES A-Z,<br><br>            Defendants. | **ORDER OVERRULING OBJECTIONS**<br><br>Case No. 4:21-cv-00124-DN<br><br>District Judge David Nuffer |

Plaintiff filed a document purporting to certify his tender of payment for the award of attorneys' fees to Defendants.[1] Defendants objected,[2] and that objection was sustained by memorandum decision and order.[3] Plaintiff has now filed objections to Defendant's objection[4] and to the memorandum decision and order.[5] Plaintiff's objections are procedurally improper and lack any substantive merit.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's objections[6] are OVERRULED.

Signed May 22, 2024.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Certification of Tender of Payment for Attorney Fees, docket no. 171, filed Apr. 15, 2024.

[2] Defendants' Verified Objection to Plaintiff's "Certification of Tender of Payment for Attorney Fees," docket no. 173, filed Apr. 22, 2024.

[3] Memorandum Decision and Order Regarding Attorney Fees, docket no. 177, filed May 2, 2024.

[4] Kent's Objection to "Defendants' Verified Objection to Plaintiff's Certification of Tender of Payment for Attorney Fees, docket no. 178, filed May 13, 2024.

[5] Kent's Objection to Court Order Titled "Memorandum Decision and Order Regarding Attorney Fees," docket no. 179, filed May 20, 2024.

[6] Docket no. 178, filed May 13, 2024; docket no. 179, filed May 20, 2024.